UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SYLVIA MOORE,

                Plaintiff,

        -against-                             08-CV-02030 (PKL)

SMITHKLINE BEECHAM CORPORATION,       **DISCLOSURE STATEMENT**
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

                Defendants.
-----------------------------------------------------------x

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

      The undersigned, counsel of record for Defendant SmithKline Beecham

Corporation d/b/a GlaxoSmithKline (improperly named as SMITHKLINE BEECHAM

CORPORATION and GLAXOSMITHKLINE), furnishes the following in compliance with

Federal Rule of Civil Procedure 7.1.

      GlaxoSmithKline plc, a publicly traded company, is the ultimate parent

corporation, through several levels of wholly owned subsidiaries, of Defendant SmithKline

Beecham Corporation d/b/a GlaxoSmithKline.  No publicly held company owns ten percent or

more of the stock of GlaxoSmithKline plc.

Dated: New York, New York
        March 24, 2008

                                        PEPPER HAMILTON LLP

                                        By: _____
                                            Kenneth J. King (KK 3567)
                                            Suzanne M. D'Amico (SD 3581)
                                            The New York Times Building
                                            620 Eighth Avenue
                                            37th Floor
                                            New York, NY 10018
                                            (212) 808-2700


                                        and

                                        Nina M. Gussack
                                        Matthew J. Hamilton
                                        PEPPER HAMILTON LLP
                                        3000 Two Logan Square
                                        18th & Arch Streets
                                        Philadelphia, PA  19103
                                        (215) 981-4000

                                        Attorneys for Defendant
                                        SmithKline Beecham Corporation d/b/a
                                        GlaxoSmithKline