UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SYLVIA MOORE,

                Plaintiff,

      -against-                            08-CV-02030 (PKL)

SMITHKLINE BEECHAM CORPORATION,         **AFFIDAVIT OF SERVICE**
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

                Defendants.
------------------------------------------------------------x

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK  )

        The undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.

        That, on the 26th day of March, 2008, she caused to be served the within RULE 7.1 STATEMENT by first class mail upon:

        Victoria Jennings Maniatis        David Eisbrouch
        Morelli Ratner, P.C.               Balkin & Eisbrouch, LLC
        950 Third Avenue                   50 Main Street
        New York, NY 10022             Hackensack, NJ 07061

the addresses having been designated by said attorneys for that purpose, by depositing a true copy of same, securely enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.

                                                           _____
                                                           Bridget Casey

Sworn to before me this
26th day of March, 2008

_____
Notary Public

                                        MICHAEL PAUTZ
                                 Notary Public, State of New York
                                    No. 01PA6133474
                                Qualified in Westchester County
                                Commission Expires 9/19/2008