03/25/2008 14:12 FAX                                                                                     ☒004/005

MAR-25-2008 10:40        PEPPER HAMILTON LLP                                                             P.04/05

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SYLVIA MOORE,

                Plaintiff,

      -against-                                      08-CV-02030 (PKL)

SMITHKLINE BEECHAM CORPORATION,                           **STIPULATION AND ORDER**
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

                Defendants.
----------------------------------------------------------x

      IT IS HEREBY STIPULATED by counsel for the above-captioned Plaintiff and Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")(also improperly named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), that the time for Defendant GSK to move, plead or otherwise respond to the Plaintiff's Complaint is hereby extended until 30 days after final transfer of the case to the MDL, absent any direction by the Court to the contrary.

03/25/2008 14:13 FAX                                                                    ☒005/005
MAR-25-2008 10:41        PEPPER HAMILTON LLP                               P.05/05

Dated: March 26, 2008

_____
David Ratner
Victoria J. Maniatis (VM 6388)
MORELLI RATNER PC
950 Third Avenue
New York, New York 12550

Attorneys for Plaintiff Sylvia Moore

_____
Kenneth J. King (KK 3567)
Suzanne D'Amico (SD 3581)
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405

and

Nina M. Gussack, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Attorneys for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

SO ORDERED.   3/27/08

_____
United States District Judge

Dated: _____